IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | Case No: 19 CR 798 |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Dwayne Modeliste | ) | |
| Defendant | ) | |

## ORDER

Initial appearance held on 10/23/19 as to Defendant Dwayne Modeliste. The defendant appears in response to the arrest on 10/23/19. The Court appoints Federal Defender Santino Coleman to represent the defendant. The Government advised the defendant of the charges pending against him and the maximum penalties. Defendant was advised of his rights. The Government and the defendant agree to certain conditions of release. The defendant is hereby released on a $4,500.00 unsecured bond. Enter Order Setting Conditions Of Release. The defendant was admonished in open Court that he is to appear at the U.S. District Court, District of New Jersey, 08101, Room 5C, 4th and Cooper Streets, Camden New Jersey on November 14, 2019 at 2:00 p.m. for his scheduled court appearance. The defendant is to be released after processing. Case is hereby terminated.

(T:00:15)

Date: October 23, 2019

Magistrate Judge Maria Valdez