

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                            312-435-5670
Clerk

## Transfer of Criminal Case

Date: 10/25/2019

Address: U.S. District Court District of New Jersey
                4th & Cooper Streets
                Camden, NJ 08101

Case Title: USA v. Modeliste

Northern District of Illinois Case No.: 19cr798-1    Other Court's Case No.: 19cr699

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                                     ☐ In    ☒ Out

- ☒ Order.
- ☒ Commitment Order.
- ☐ Bond Transfer.
- ☒ Order Setting Conditions of Release.
- ☒ Appearance bond.
- ☒ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In    ☐ Out

- ☐ Certified copy of the Probation 22 form.
- ☐ Indictment.
- ☐ Information.
- ☐ Superseding Indictment.
- ☐ Superseding Information.
- ☐ Sentencing Order.
- ☐ Amended Sentencing Order.

Revised 10/03/16

☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.
☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**         ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

          Sincerely,
          Thomas G. Bruton, Clerk of Court

          By: /s/P. Janeczek
              Deputy Clerk

---

### TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:                                                    Clerk, U.S. District Court
                                                                               By:
                                                                               Deputy Clerk